# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA; and E.I. DUPONT DE NEMOURS AND COMPANY, | |
| Defendants. | |

Case No. 17-cv-03690 (DSD/ECW)

**PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF WILEY R. WRIGHT AND ROBERT M. ZOCH**

_____

Plaintiff Regents of the University of Minnesota ("University") hereby moves, pursuant to Fed. R. Evid. 702, for an order excluding from evidence certain proposed opinions from Mr. Wiley R. Wright, a proposed expert witness from Defendant United States of America ("USA"), because the anticipated testimony regarding the USA's cost recovery Counterclaim Three is based on speculative and unreliable data. The University also moves for an order excluding certain proposed opinions from Mr. Robert M. Zoch, a proposed expert witness from Defendant E.I. DuPont de Nemours and Co. ("DuPont"), because the anticipated testimony regarding the University's response cost claim is neither helpful nor based on reliable information and will not aid the Court in determination of the ultimate issues in this litigation. This motion is based upon the pleadings and all files, records, and proceedings in the case, as well as the memoranda of law, declarations in support, and exhibits filed herewith.

Dated: March 14, 2022

LATHROP GPM, LLP

By /s/ Rick E. Kubler
Rick E. Kubler, #190007
Richard C. Landon, #392306

48454682v1

500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3224
rick.kubler@lathropgpm.com
richard.landon@lathropgpm.com

Grant A. Harse (admitted *pro hac vice*)
2345 Grand Boulevard, Suite 2200
Kanas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 202-2001
grant.harse@lathropgpm.com

and

UNIVERSITY OF MINNESOTA
OFFICE OF GENERAL COUNSEL

Douglas R. Peterson, #14437X
Brian J. Slovut, #236846
Dan Herber, #386402
360 McNamara Alumni Center
200 Oak Street, S.E.
Minneapolis, Minnesota 55455
Telephone: (612) 624-4100
dougp@umn.edu
slov0002@umn.edu
herb0089@umn.edu

**ATTORNEYS FOR PLAINTIFF REGENTS OF THE UNIVERSITY OF MINNESOTA**

48454682v1