# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | ) <br> ) Case No. 17-cv-03690 (DSD-ECW) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) **AMENDED JOINT NOTICE OF** <br> ) **HEARING TO REVIEW STATUS OF** <br> ) **PROPOSED CONSENT DECREE** |
| UNITED STATES OF AMERICA; and <br> E. I. DU PONT DE NEMOURS AND COMPANY, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

_____

PLEASE TAKE NOTICE that a status hearing will be held before the Honorable David S. Doty at the U.S. Courthouse 300 South Fourth Street Minneapolis, MN 55415, Courtroom 12W, on Thursday, June 20, 2024, at 10:30 a.m. to review the status of a proposed consent decree to be presented by Plaintiff Regents of the University of Minnesota and Defendants United States of America and E. I. du Pont de Nemours and Company.

Dated: May 6, 2024

U.S. Department of Justice

/s/ Phillip R. Dupré
Phillip R. Dupré
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Phone: 202-616-7501
Email: phillip.r.dupre@usdoj.gov

**ATTORNEY FOR DEFENDANT**
**UNITED STATES OF AMERICA**

1

Dated:  May 6, 2024                    Lathrop GPM LLP

                                       By   /s/ Richard C Landon
                                       Rick E. Kubler, #190007
                                       Richard C. Landon, #392306
                                       3100 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, Minnesota 55402
                                       Telephone: (612) 632-3224
                                       Rick.Kubler@lathropgpm.com
                                       Richard.Landon@lathropgpm.com

                                       and

                                       UNIVERSITY OF MINNESOTA
                                       OFFICE OF GENERAL COUNSEL

                                       Douglas R. Peterson, #14437X
                                       Brian J. Slovut, #236846
                                       Dan Herber, #386402
                                       360 McNamara Alumni Center
                                       200 Oak Street, S.E.
                                       Minneapolis, Minnesota 55455
                                       Telephone: (612) 624-4100
                                       dougp@umn.edu
                                       slov0002@umn.edu
                                       herb0089@umn.edu

                                       **ATTORNEYS FOR PLAINTIFF REGENTS OF THE UNIVERSITY OF MINNESOTA**

Dated: May 6, 2024

MORGAN LEWIS & BOCKIUS, LLP

/s/ Stephanie R. Feingold
John McGahren, Esq. (*pro hac vice*)
NJ Bar No. 046791990
Stephanie R. Feingold, Esq. (*pro hac vice*)
NJ Bar No. 023182005
502 Carnegie Center
Princeton, NJ 07302
Telephone: (609) 919-6700
Facsimile: (609) 919-6701
john.mcgahren@morganlewis.com
Stephanie.feingold@morganlewis.com

Amy J. Talarico, Esq.
State Bar No. 0323780
One Market Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1227
Facsimile: (415) 442-1001
amy.talarico@morganlewis.com

**ATTORNEYS FOR DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY**